**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CV-60269-MIDDLEBROOKS

ANTONIO COLE, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

PLANET HOME LENDING, LLC, *a company,* and CITRIX SYSTEMS, INC., *a corporation,*

Defendants.
_______________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant Citrix Systems, Inc. ("Citrix"), filed April 18, 2024. (DE 9). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Citrix has served neither. Accordingly, it is **ORDERED AND ADJUDGED** that:

1) Plaintiff's claims against Defendant Citrix are **DISMISSED WITH PREJUDICE**.
2) The Clerk of Court **SHALL CLOSE** this case.
3) All pending motions **ARE DENIED** as moot.

**SIGNED** in Chambers at West Palm Beach, Florida, this 19 day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: attorneys of record